UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
3:22-cv-460-MOC-SCR

| | |
|---|---|
| MARY L. CORBETT, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| vs. ) | **ORDER** |
| ) | |
| NOOSA PEST MANAGEMENT, LLC, ) | |
| ) | |
| Defendant. ) | |

**THIS MATTER** comes before the Court on a Second Motion to Dismiss Plaintiff's Amended Complaint, filed by Defendant. (Doc. No. 33).

Plaintiff filed a Second Amended Complaint on June 12, 2024. (Doc. No. 43). Because Plaintiff has filed a Second Amended Complaint, the pending motion to dismiss the Amended Complaint is moot. See Young v. City of Mount Ranier, 238 F.3d 567, 573 (4th Cir. 2001) ("The general rule ... is that an amended pleading supersedes the original pleading, rendering the original pleading of no effect."); Turner v. Kight, 192 F. Supp. 2d 391, 397 (D. Md. 2002) (denying as moot motions to dismiss original complaint on grounds that amended complaint superseded original complaint).

**IT IS THEREFORE ORDERED** that:

(1) Defendant's Motion to Dismiss, (Doc. No. 33), is **DENIED** as moot.

Signed: September 4, 2024

Max O. Cogburn Jr.
United States District Judge

1