## UNITED STATES DISTRICT COURT
## WESTERN DISTRICT OF NORTH CAROLINA
## CHARLOTTE DIVISION
## 3:22-cv-460-MOC-SCR

| | | |
|---|---|---|
| MARY L. CORBETT, | ) | |
| | ) | |
| **Plaintiff,** | ) | |
| | ) | |
| vs. | ) | **ORDER** |
| | ) | |
| NOOSA PEST MANAGEMENT, LLC, | ) | |
| | ) | |
| | ) | |
| **Defendant.** | ) | |
| _____ | ) | |

**THIS MATTER** comes before the Court on its own motion.

Plaintiff has missed the Court's deadline of November 7, 2024, in which to retain

counsel. <u>See</u> (Text Order dated September 23, 2024). The Court hereby orders that if counsel

does not file an appearance on Plaintiff's behalf within 10 days of entry of this Order, the Court

will proceed to address the pending motion to dismiss without further notice to Plaintiff.

**IT IS SO ORDERED**.

Signed: December 13, 2024

Max O. Cogburn Jr
United States District Judge

1