# United States District Court
# Western District of North Carolina
# Charlotte Division

| | | |
|---|---|---|
| Mary I. Bell Corbett, | ) | JUDGMENT IN CASE |
| | ) | |
| Plaintiff(s), | ) | 3:22-cv-00460-MOC-SCR |
| | ) | |
| vs. | ) | |
| | ) | |
| | ) | |
| Noosa Pest Management LLC, | ) | |
| Defendant(s). | ) | |
| | ) | |

DECISION BY COURT. This action having come before the Court and a decision having been rendered;

IT IS ORDERED AND ADJUDGED that Judgment is hereby entered in accordance with the Court's February 11, 2025 Order.

February 11, 2025

*Katherine H. Simon* (signature)

Katherine Hord Simon, Clerk
United States District Court